

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2016

No. 04-16-00559-CR

Stanley Foster **BAKER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1755-CR-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The trial court imposed sentence on July 20, 2016, and Appellant is currently incarcerated. Appellant timely filed a notice of appeal and indicated he will represent himself on appeal. The appellate record is due on September 19, 2016.

In Appellant's letter of September 6, 2016, filed on September 12, 2016, he states he has "been denied access to the jail law library computer and books since July 3, 2016." He also asks "the court for an extension of all filing deadlines until [he has] adequate access to all required law material and paperwork for [his] appeal."

Appellant's general motion for an extension of time for all filing deadlines in this appeal is DENIED without prejudice to Appellant seeking an extension of time for a specific deadline.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2016.



Keith E. Hottle
Clerk of Court